UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HARDY INGRAM**
   **Petitioner**

**V.**

**DAVID WINN**
   **Respondent**

**CIVIL ACTION**

**NO.  04-40155-GAO**

**O R D E R**

**O'TOOLE**, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

**11/8/04**
**Date**

**GEORGE A. O'TOOLE, JR**
**United States District Judge**

(2241servINS.wpd - 09/00)  [2241serv.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**HARDY INGRAM**
      **Petitioner**

**V.**

**CIVIL ACTION**

**NO.   04-40155-GAO**

**DAVID WINN**
      **Respondent**

## O R D E R

**O'TOOLE**, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

**11/8/04**
**Date**

**GEORGE A. O'TOOLE, JR**
**United States District Judge**

(2241servINS.wpd - 09/00)                                                              [2241serv.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__HARDY INGRAM__
       **Petitioner**

**V.**

**CIVIL ACTION**

**NO.   04-40155-GAO**

__DAVID WINN__
       **Respondent**

### O R D E R

__O'TOOLE__, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

| | |
|---|---|
| __11/8/04__ | __GEORGE A. O'TOOLE, JR__ |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)                                                                 [2241serv.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__HARDY INGRAM__
       **Petitioner**

**V.**

CIVIL ACTION

NO.  __04-40155-GAO__

__DAVID WINN__
       **Respondent**

# O R D E R

__O'TOOLE__ , D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

__11/8/04__
    **Date**

__GEORGE A. O'TOOLE, JR__
**United States District Judge**

(2241servINS.wpd - 09/00)   [2241serv.]