UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

HARDY INGRAM

V.

DAVID WINN

Civil Action: 04-40155-GAO

PETITIONER HUMBLY REQUEST A COPY OF
FILED COPY OF PETITIONER'S PETITION
FILED ON THE 17th, OF AUGUST, 20004

NOW COMES, HARDY INGRAM, # 38294-060, acting Pro Se in the above entitled action to humbly request a copy of petitioner's petition that was forwarded to your court on the 17th, of August, 20004.

Due to the lost of Petitioner's property. Petitioner is in need of a copy to adequately respond, once petitioner receive an answer from the Respondent.

DATED: November 12, 20004

RESPECTFULLY SUBMITTED

HARDY INGRAM
Reg. No. 38294-060
F.M.C. DEVENS/P-2
P.O. Box 879
Ayer, MA. 01432