UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARDY INGRAM, )<br>    Petitioner )<br>                    )<br>    v.            )<br>                      )<br>DAVID L. WINN, WARDEN )<br>    Respondent ) | C.A. NO. 04-40155-GAO |

**NOTICE OF APPEARANCE**

Please enter the undersigned attorney's appearance for the United States of America in the above-captioned matter.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            UNITED STATES ATTORNEY

By:  /s/William F. Bloomer
       WILLIAM F. BLOOMER
       Assistant U.S. Attorney
       One Courthouse Way
       Boston, MA
       (617) 748-3644

CERTIFICATE OF SERVICE

    I, William F. Bloomer, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by mail to Hardy Ingram, Federal Bureau of Prisons, Fort Devens/P-2, P.O. Box 879, Ayer, MA 01432.

                                               /s/William F. Bloomer  
                                               WILLIAM F. BLOOMER  
                                               Assistant U.S. Attorney

Date: 20 December 2004