UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-40155-GAO

HARDY INGRAM
Petitioner,

v.

DAVID L. WINN, WARDEN,
Respondent.

ORDER
April 13, 2007

O'TOOLE, D.J.

The petitioner must address his argument that his sentence was unlawful to the sentencing court pursuant to 28 U.S.C. § 2255, as he has already done once unsuccessfully. He may not present such a claim pursuant to 28 U.S.C. § 2241. See United States v. Barrett, 178 F.3d 34, 50 & n.10 (1st Cir. 1999). The petition is DISMISSED.

_____
DATE

_____
DISTRICT JUDGE